| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone:  (415) 436-7700 |
| 6 | Facsimile:  (415) 436-7706<br>Email:        Samantha_Jaffe@fd.org |
| 7 | |
| 8 | Counsel for Defendant MCKELLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JALEEN MCKELLER,<br><br>Defendant. | Case No.: CR 24-579 RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The above captioned matter is scheduled for a status conference on April 1, 2025. Counsel for Mr. McKeller is continuing to review previously produced discovery and evaluate his case in light of *United States v. Duarte*, which is still pending an en banc decision from the Ninth Circuit. Therefore, the parties agree that the matter be continued to May 13, 2025 at 9:30 a.m.

The parties also agree that time should be excluded from April 1, 2025 to May 13, 2025, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

STIPULATION AND ORDER  *US v. Jones et. al.,* CR 24-579 RS

stipulate and agree that the ends of justice served by excluding the time February 18, 2025 to April 1, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

| | |
|---|---|
| March 28, 2025<br>Dated | PATRICK ROBBINS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>KEVIN BARRY<br>Assistant United States Attorney |
| March 28, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SAMANTHA JAFFE<br>Counsel for Jaleen McKeller |

IT IS SO ORDERED.

3/28/2025
Dated

RICHARD SEEBORG
Chief United States District Judge

STIPULATION AND ORDER *US v. Jones et. al.,* CR 24-579 RS