CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0579 RS |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO DISMISS COUNT FOUR; [PROPOSED] ORDER** |
| JALEEN MICHAEL MCKELLER, | |
| Defendant. | |

    Defendant McKeller is charged in Counts Three and Four in the Indictment in this case. Pursuant to the plea agreement into which he and the government entered, he pleaded guilty to Count Three, a violation of 18 U.S.C. § 922(g)(1), and the government agreed to dismiss any remaining counts. He was sentenced on that Count on December 2, 2025.

    Therefore, the government moves to dismiss Count Four of the Indictment.

DATED: December 10, 2025

    Respectfully submitted,

    CRAIG H. MISSAKIAN
    United States Attorney

    /s/ *Kevin J. Barry*
    KEVIN J. BARRY
    Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

For good cause shown, the GRANTS the government's motion to dismiss Count Four of the Indictment in this matter, and Count Four is DISMISSED.

IT IS SO ORDERED.

Dated: December 10, 2025

_____
HON. RICHARD SEEBORG
Chief United States District Judge